DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RICHARD DEVAUGHN JAMES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2575

_____

September 26, 2025

Appeal from the Circuit Court for Hillsborough County; Lyann Goudie,
Judge.

Blair Allen, Public Defender, and Diana L. Johnson, Assistant Public
Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

    Affirmed.


SLEET, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.